IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
NO. 1:20-cv-00179

LEWIS MARK CASE and CAROL CASE,

    Plaintiffs,

v.

UNIFIRST CORPORATION and
ROGER OWENS, JR.,

    Defendants.

CONSENT ORDER ALLOWING PRODUCTION OF "EMPLOYEE
PERSONNEL RECORDS" PURSUANT TO N.C. GEN. STAT. §153A-98

    Regarding a subpoena seeking production of documents, information objects served on the County of Henderson in the above matter, the parties, as evidenced by their signatures hereto, consent to the following Order:

    1.    The government of the County of Henderson, North Carolina, hereby provide to the counsel for the Plaintiffs and the Defendants listed below, all the documents listed in the subpoena served upon it to the extent such documents exist. The subpoena referenced is attachment A to this document, and a list of the documents provided by the County are, collectively, attachment B.

    2.    The action taken by the County of Henderson is with the full consent of the parties to the lawsuit styled above.

**IT IS SO ORDERED.**

Signed:

_____ 8/11/2020
W. CARLETON METCALF
United States Magistrate Judge

WE CONSENT:

*/s/ Michael Jerry Greer*
MICHAEL JERRY GREER
Attorney for the Plaintiffs

HENSLEY CLONINGER
366 Merrimon Avenue
Asheville, NC 28801
Telephone (828) 225-3737
Facsimile (828) 225-3736
mgreer@hc-firm.com


*/s/ James M. Dedman, IV*
JAMES M. DEDMAN, IV
Attorney for the Defendants

GALLIVAN, WHITE & BOYD, P.A.
6805 Morrison Blvd, Suite 200
Charlotte, NC 28211
Telephone (704) 227-1944
Facsimile (864) 271-7502
jdedman@gwblawfirm.com


*/s/ Charles Russell Burrell*
CHARLES RUSSELL BURRELL
Attorney for County of Henderson

OFFICE OF THE COUNTY ATTORNEY
1 Historic Courthouse Sq, Suite 5
Hendersonville, NC 28792
Telephone (828) 697-4719
Facsimile (828) 697-4536
rburrell@hendersoncountync.gov