IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 179 MR WCM

| | |
|---|---|
| LEWIS MARK CASE AND CAROL CASE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNIFIRST CORPORATION AND ) <br> ROGER OWENS, JR. ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court on a Joint Motion for Entry of Consent Order (the "Motion," Doc. 16).

For the reasons stated in the Motion, and noting that the parties, as well as the North Carolina Department of Insurance, have consented to the entry of the Consent Order, the Motion will be allowed.

**IT IS THEREFORE ORDERED** that

1. The Joint Motion for Entry of Consent Order (Doc. 16) is **GRANTED** and

2. In response to that subpoena seeking employment records of Plaintiff Lewis Mark Case served on the North Carolina Department of Insurance in the above captioned matter, the North Carolina Department of Insurance, through its counsel, shall provide to

counsel for the Plaintiffs and the Defendants responsive documents Bates labeled DOI 001 through DOI 378.

Signed: October 9, 2020

W. Carleton Metcalf
United States Magistrate Judge